JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CALVIN E. COOKSEY,                    ) NO. CV 10-9720-JFW (MAN)
                                      )
                Plaintiff,            )
                                      )
      v.                              ) JUDGMENT
                                      )
HOURIE L. TAYLOR, et al.,             )
                                      )
                Defendants.           )
_____)

       Pursuant   to   the   Court's   Order   Accepting   Findings   and
Recommendations of United States Magistrate Judge,


       IT IS ADJUDGED that the above-captioned action is dismissed without
prejudice.


DATED:  August 24, 2011.


                                   _____
                                          JOHN F. WALTER
                                   UNITED STATES DISTRICT JUDGE